FILED
2010 DEC 14 P 5: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

**CV 10 80 309 MISC**

Nathan D LaMoure - #045478

**VRW**

### ORDER TO SHOW CAUSE

It appearing that Nathan D LaMoure has been suspended by the California Supreme Court due to noncompliance with Rule 9.22 for failure to contribute to Child and Family Support, effective November 30, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before January 28, 2011 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Nathan D LaMoure
Attorney At Law
Nathan D LaMoure, APC
30 Sea Island Dr
Newport Beach, CA 92660