**FILED**

FEB 15 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80309 MISC VRW

Nathan D LaMoure,
                                     ORDER
    State Bar No 45478

_____/

        On December 14, 2010, the court issued an order to show
cause (OSC) why Nathan D LaMoure should not be removed from the
roll of attorneys authorized to practice law before this court,
based upon his suspension by the Supreme Court of California due to
non-compliance with Rule 9.22, effective November 30, 2010.

        The OSC was mailed to Mr LaMoure's address of record with
the State Bar on December 16, 2010.  A written response was due on
or before January 28, 2011.  No response to the OSC has been filed
as of this date.

        The court now orders Nathan D LaMoure removed from the
roll of attorneys authorized to practice before this court.  The
clerk is directed to close the file.

        IT IS SO ORDERED.

                         _____
                         VAUGHN R WALKER
                         United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Nathan D LaMoure,

_____/

Case Number: CV10-80309 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathan D LaMoure
Nathan D LaMoure, APC
30 Sea Island Dr
Newport Beach, CA 92660

Dated: February 15, 2011

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*